**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                July 7, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Tracy Weir
Interpreter:       Susana Cahill
Probation Officer: Gary Burney

---

**Criminal Action No.  13-cr-00498-REB**

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,                          Geoffrey Rieman

    Plaintiff,

v.

1.  ADAN MANCILLAS-ANGUIANA,                       Matthew Golla
    a/k/a Sabino Bentancourt,

    Defendant.

---

**SENTENCING MINUTES**

---

**10:10 a.m.   Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter: government and defendant stipulate as to interpreter's qualifications; interpreter sworn.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has

conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers: the **Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553** [#26] filed June 25, 2014; and the **Government's Partial Opposition tothe Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553** [#27] filed June 27, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:  the **Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553** [#26] is **DENIED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **ten (10) months**;

5. That no term of supervised release is imposed; that the defendant is

        advised that if he enters, remains, or is found in the United States illegally, or if he possesses or used illegally a controlled substance, or if he possesses or used a firearm, destructive device, or dangerous weapon as defined under federal law, he may be subject to further prosecution in federal court;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

11. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**10:35 a.m.   Court in recess.**

Total time in court: 00:25

Hearing concluded.